UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Wainwright, Aimee L § Case No. 17-26070
§
§
Debtors(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/30/2017. The undersigned trustee was appointed on 08/30/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 265,082.54 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 125.10 |
| Bank Service Fees | | 1,469.95 |
| Other Payments to Creditors | | 8,750.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 254,737.49 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/05/2018 and the deadline for filing governmental claims was 02/26/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $16,504.13. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $16,504.13, for a total compensation of $16,504.13. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $103.28 for total expenses of $103.28

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date : 05/08/2018                           By : /s/ Elizabeth C. Berg
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) Page 2

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 17-26070  
Case Name: Wainwright, Aimee L  
Judge: Janet S. Baer  
Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 08/30/2017 (f)  
341(a) Meeting Date: 09/25/2017  
For Period Ending: 05/08/2018  
Claims Bar Date: 01/05/2018

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | 1591 Wynnfield Drive, Algonquin, IL 60102 | 190,000.00 | 30,000.00 | | 5,300.00 | FA |
| 2. | 2900 Bridleway Court, Carpentersville, IL 60110 | 150,000.00 | 40,000.00 | | 18,550.00 | FA |
| 3. | 1830 Fernwood Lane, Algonquin, IL 60102 | 0.00 | 75,000.00 | | 18,550.00 | FA |
| 4. | 1426 Beachview Road, Pingree Grove, IL 60140 | 170,000.00 | 56,000.00 | | 18,550.00 | FA |
| 5. | 1644 Heather Drive, Algonquin, IL 60102 | 100,000.00 | 40,000.00 | | 18,550.00 | FA |
| 6. | 1010 Timberwood Lane, Algonquin, IL 60102 | 155,000.00 | 39,000.00 | | 9,275.00 | FA |
| 7. | 1426 Grandview Court, Algonquin, IL | 95,000.00 | 26,000.00 | | 9,275.00 | FA |
| 8. | 432 Wise Road, Schaumburg, IL 60193 | 95,000.00 | 30,000.00 | | 15,900.00 | FA |
| 9. | 267 Rivers View Drive, Carpentersville, IL 60110 | 65,000.00 | 53,000.00 | | 13,250.00 | FA |
| 10. | 150 E. Maple Avenue, Villa Park, IL 60181 | 170,000.00 | 72,000.00 | | 45,050.00 | FA |
| 11. | 6423 West Hillside Road, Crystal Lake, IL 60012 | 150,000.00 | 67,500.00 | | 18,550.00 | FA |
| 12. | 11609 E. Daniel Lane, Unit D, Huntley, IL 60142 | 100,000.00 | 40,500.00 | | 13,250.00 | FA |
| 13. | 1100 Pioneer Road, Algonquin, IL 60102 | 153,000.00 | 33,000.00 | | 10,070.00 | FA |
| 14. | 310 Locust Street, Lake in the Hills, IL 60156 | 136,000.00 | 40,500.00 | | 10,600.00 | FA |
| 15. | 914 Central Avenue, Rockford, IL 61101 | 5,000.00 | 0.00 | | 265.00 | FA |
| 16. | 2012 Price Street, Rockford, IL 61103 | 25,000.00 | 24,750.00 | | 5,035.00 | FA |
| 17. | 1024 Irving Avenue, Rockford, IL 61101 | 25,000.00 | 0.00 | | 2,650.00 | FA |
| 18. | 3208 Idlewood Terrance, Rockford, IL 61101 | 36,000.00 | 0.00 | | 3,710.00 | FA |
| 19. | 1726 Broadway, Rockford, IL 61104 | 5,000.00 | 0.00 | | 795.00 | FA |
| 20. | 613 Bruce Street, Rockford, IL 61103 | 12,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 17-26070 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Wainwright, Aimee L | | Date Filed (f) or Converted (c): 08/30/2017 (f) |
| | | 341(a) Meeting Date: 09/25/2017 |
| For Period Ending: 05/08/2018 | | Claims Bar Date: 01/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 21. 1203 Chestnut Street, Rockford, IL 61102 | 0.00 | 0.00 | | 1,325.00 | FA |
| 22. 1407 Andrews Street, Rockford, IL 61101 | 14,000.00 | 0.00 | | 1,325.00 | FA |
| 23. 1722 Charles Street, Rockford, IL 61104 | 18,000.00 | 0.00 | | 1,325.00 | FA |
| 24. 4411 Nina Terrance, Rockford, IL 61101 | 14,000.00 | 0.00 | | 1,325.00 | FA |
| 25. 2412 Andrews Street, Rockford, IL 61101 | 17,000.00 | 0.00 | | 1,325.00 | FA |
| 26. 25 Cardinal Lane, Carpentersville, IL 60110 (u) | 0.00 | 58,500.00 | | 13,250.00 | FA |
| 27. 2005 Porsche Cayenne | 3,890.00 | 3,890.00 | | 2,650.00 | FA |
| 28. Household goods and furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 29. Clothes | 300.00 | 0.00 | | 0.00 | FA |
| 30. Cash | 1.13 | 0.00 | | 0.00 | FA |
| 31. Checking Chase Bank | 497.00 | 0.00 | | 0.00 | FA |
| 32. Saving Chase Bank | 0.08 | 0.00 | | 0.00 | FA |
| 33. Raymond James Account | Unknown | 0.00 | | 0.00 | FA |
| 34. Raymond James | Unknown | 0.00 | | 0.00 | FA |
| 35. 401(k) Raymond James Retirement Plan | 45,000.00 | 0.00 | | 0.00 | FA |
| 36. Bright - Ashley | 1,800.00 | 0.00 | | 0.00 | FA |
| 37. Bright - Natalie | 1,800.00 | 0.00 | | 0.00 | FA |
| 38. Crystal Lake Bank & Trust - Misc. Property Management Accounts (u) | 0.00 | 7,000.00 | | 5,300.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | Unknown | | 82.54 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-26070 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
| Case Name: | Wainwright, Aimee L | | | Date Filed (f) or Converted (c): | 08/30/2017 (f) |
| | | | | 341(a) Meeting Date: | 09/25/2017 |
| For Period Ending: | 05/08/2018 | | | Claims Bar Date: | 01/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 1,953,788.21 | 736,640.00 | | 265,082.54 | 0.00 |

Re Prop. #1   Sold per order 11/17/17 [dt 34]
Re Prop. #2   Sold per order 11/17/17 [dt 34]
Re Prop. #3   Sold per order 11/17/17 [dt 34]
Re Prop. #4   Sold per order 11/17/17 [dt 34]
Re Prop. #5   Sold per order 11/17/17 [dt 34]
Re Prop. #6   Sold per order 11/17/17 [dt 34]
Re Prop. #7   Sold per order 11/17/17 [dt 34]
Re Prop. #8   Sold per order 11/17/17 [dt 34]
Re Prop. #9   Sold per order 11/17/17 [dt 34]
Re Prop. #10   Sold per order 11/17/17 [dt 34]
Re Prop. #11   Sold per order 11/17/17 [dt 34]
Re Prop. #12   Sold per order 11/17/17 [dt 34]
Re Prop. #13   Sold per order 11/17/17 [dt 34]
Re Prop. #14   Sold per order 11/17/17 [dt 34]
Re Prop. #15   Sold per order 11/17/17 [dt 34]
Re Prop. #16   Sold per order 11/17/17 [dt 34]
Re Prop. #17   Sold per order 11/17/17 [dt 34]
Re Prop. #18   Sold per order 11/17/17 [dt 34]
Re Prop. #19   Sold per order 11/17/17 [dt 34]
Re Prop. #20   Sold per order 11/17/17 [dt 34]
**Pending Notice of Demolition from City of Rockford - no allocation of sale proceeds**
Re Prop. #21   Sold per order 11/17/17 [dt 34]
Re Prop. #22   Sold per order 11/17/17 [dt 34]
Re Prop. #23   Sold per order 11/17/17 [dt 34]
Re Prop. #24   Sold per order 11/17/17 [dt 34]
Re Prop. #25   Sold per order 11/17/17 [dt 34]
Re Prop. #26   Sold per order 11/17/17 [dt 34]
Re Prop. #27   Sold per order 11/17/17 [dt 34]

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 17-26070 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Wainwright, Aimee L | | Date Filed (f) or Converted (c): 08/30/2017 (f) |
| | | 341(a) Meeting Date: 09/25/2017 |
| For Period Ending: 05/08/2018 | | Claims Bar Date: 01/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Re Prop. #38   Sold per order 11/17/17 [dt 34]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

05-01-18  Pursuant to this Court's order dated 11/17/17 [dkt 34], Trustee was authorized to sell the Estate's interest in 26 parcels of real property, a 2005 Porsche and the proceeds of a several bank accounts at Crystal Lake Bank & Trust (the "Sale Assets").  Trustee collected the Sale Proceeds.  Thereafter, Trustee prepared and executed all documents necessary to transfer the Estate's interest in the Sale Assets to Alice Wainwright and filed her Trustee's Report of Sale [dkt 48].  After the expiration of the claims bar date, Trustee reviewed, analyzed and verified the validity of the claims asserted.  Trustee oversaw the preparation and filing of Estate tax returns.  Trustee prepared her TFR.

09-30-17 Debtor filed case holding bare legal title, either in full or in part, to  26 parcels of improved real estate previously transferred to Debtor by her mother for estate planning purposes.  Although properties had substantial equity, some if not all of them were subject to interest of co-owners, mortgagees and  mother's defenses for equitable contribution.  TR negotiated sale of Estate's interest in properties back to mother Debtor's mother for lump sum purchase price of $265,000.00 ("Sale Proceeds"), subject to all existing liens and claims.

**Initial Projected Date of Final Report(TFR) :** 09/30/2018    **Current Projected Date of Final Report(TFR) :** 06/01/2018

| **Trustee's Signature** | /s/Elizabeth C Berg | **Date:** 05/08/2018 |
|---|---|---|
| | Elizabeth C Berg | |
| | 20 N. Clark St., Suite 200 | |
| | Chicago, IL 60602 | |
| | Phone : (312) 726-8150 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-26070 | Trustee Name: Elizabeth C Berg |
| Case Name: Wainwright, Aimee L | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5351 Checking Account |
| Taxpayer ID No: **-***0277 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 5/8/2018 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/28/2017 | | Alice M. Wainwright<br>1330 Wynnfield Dr<br>Algonquin, IL 60102 | Sale Proceeds of Estate's interest in 26 Parcels of Real Estate, 2005 Porsche Cayenne & Multiple Unscheduled Property Management Accounts at CLBT per order 11/17/17 [Dkt No. 34] | | 265,000.00 | | 265,000.00 |
| | [1] | | 1591 Wynnfield Dr., Algonquin, IL                 5,300.00 | 1110-000 | | | |
| | [2] | | 2900 Bridleway Ct., Carpentersville, IL          18,550.00 | 1110-000 | | | |
| | [3] | | 1830 Fernwood Ln., Algonquin, IL                18,550.00 | 1110-000 | | | |
| | [4] | | 1426 Beachview Rd., Pingree Grove, IL           18,550.00 | 1110-000 | | | |
| | [5] | | 1644 Heather Dr., Algonquin, IL                 18,550.00 | 1110-000 | | | |
| | [6] | | 1010 Timberwood Ln., Algonquin, IL               9,275.00 | 1110-000 | | | |
| | [7] | | 1426 Grandview Ct., Algonquin, IL                9,275.00 | 1110-000 | | | |
| | [8] | | 432 Wise Rd., Schaumburg, IL                    15,900.00 | 1110-000 | | | |
| | [9] | | 267 Rivers View Dr., Carpentersville, IL        13,250.00 | 1110-000 | | | |
| | [10] | | 150 E. Maple Ave., Villa Park, IL               45,050.00 | 1110-000 | | | |
| | [11] | | 6423 West Hillside Rd., Crystal Lake, IL        18,550.00 | 1110-000 | | | |
| | [12] | | 11609 E. Daniel Ln., Unit D, Huntley, IL        13,250.00 | 1110-000 | | | |
| | [13] | | 1100 Pioneer Rd., Algonquin, IL                 10,070.00 | 1110-000 | | | |
| | | | Page Subtotals | | 265,000.00 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 17-26070 | Trustee Name: Elizabeth C Berg |
| Case Name: Wainwright, Aimee L | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5351 Checking Account |
| Taxpayer ID No: **-***0277 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 5/8/2018 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | [14] | | 310 Locust St., Lake in the Hills, IL | 10,600.00 | 1110-000 | | | |
| | [15] | | 914 Central Ave., Rockford, IL | 265.00 | 1110-000 | | | |
| | [16] | | 2012 Price St., Rockford, IL | 5,035.00 | 1110-000 | | | |
| | [17] | | 1024 Irving Ave., Rockford, IL | 2,650.00 | 1110-000 | | | |
| | [18] | | 3208 Idlewood Terr., Rockford, IL | 3,710.00 | 1110-000 | | | |
| | [19] | | 1726 Broadway, Rockford, IL | 795.00 | 1110-000 | | | |
| | [21] | | 1203 Chestnut St., Rockford, IL | 1,325.00 | 1110-000 | | | |
| | [22] | | 1407 Andrews St., Rockford, IL | 1,325.00 | 1110-000 | | | |
| | [23] | | 1722 Charles St., Rockford, IL | 1,325.00 | 1110-000 | | | |
| | [24] | | 4411 Nina Terr., Rockford, IL | 1,325.00 | 1110-000 | | | |
| | [25] | | 2412 Andrews St., Rockford, IL | 1,325.00 | 1110-000 | | | |
| | [27] | | 2005 Porsche Cayenne | 2,650.00 | 1129-000 | | | |
| | [26] | | 25 Cardinal Ln., Carpentersville, IL | 13,250.00 | 1210-000 | | | |
| | [38] | | CLB&T Misc. Property Management Accounts | 5,300.00 | 1229-000 | | | |
| 11/30/2017 | 51001 | Crystal Lake Bank and Trust Company 70 N. Williams Street Crystal Lake, IL 60014-4444 | Allowed Secured Claim Against Estate Per Court Order Dated 11/17/17 [Dkt. No. 34] | | 4110-000 | | 8,750.00 | 256,250.00 |
| | | | | Page Subtotals | | 265,000.00 | 8,750.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-26070
Case Name: Wainwright, Aimee L
Taxpayer ID No: **-***0277
For Period Ending: 5/8/2018

Trustee Name: Elizabeth C Berg
Bank Name: Texas Capital Bank
Account Number/CD#: ******5351 Checking Account
Blanket bond (per case limit): 5,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 37.03 | 256,212.97 |
| 01/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 361.95 | 255,851.02 |
| 01/31/2018 | [INT] | Texas Capital Bank | Interest from Bank | 1270-000 | 20.33 | | 255,871.35 |
| 02/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 357.52 | 255,513.83 |
| 02/12/2018 | 51002 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 125.10 | 255,388.73 |
| 02/28/2018 | [INT] | Texas Capital Bank | Interest from Bank | 1270-000 | 19.60 | | 255,408.33 |
| 03/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 357.01 | 255,051.32 |
| | | | | Page Subtotals | 39.93 | 1,238.61 | |

UST Form 101-7-TFR (5/1/2011) (Page 9)

Exhibit B

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-26070
Case Name: Wainwright, Aimee L
Taxpayer ID No: **-***0277
For Period Ending: 5/8/2018

Trustee Name: Elizabeth C Berg
Bank Name: Texas Capital Bank
Account Number/CD#: ******5351 Checking Account
Blanket bond (per case limit): 5,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/30/2018 | [INT] | Texas Capital Bank | Interest from Bank | 1270-000 | 21.67 | | 255,072.99 |
| 04/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 356.44 | 254,716.55 |
| 04/30/2018 | [INT] | Texas Capital Bank | Interest Earned | 1270-000 | 20.94 | | 254,737.49 |

|  |  |  | Page Subtotals | 42.61 | 356.44 |  |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| COLUMN TOTALS | 265,082.54 | 10,345.05 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| SUBTOTALS | 265,082.54 | 10,345.05 |
| Less: Payments to Debtors | | 0.00 |
| Net | 265,082.54 | 10,345.05 |

| | | | |
|---|---|---|---|
| All Accounts Gross Receipts: | 265,082.54 | | |
| All Accounts Gross Disbursements: | 10,345.05 | | |
| All Accounts Net: | 254,737.49 | | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5351 Checking Account | 265,082.54 | 10,345.05 | |
| **Net Totals** | 265,082.54 | 10,345.05 | 254,737.49 |

| Case: 17-26070 | | | | | | Elizabeth C Berg |
|---|---|---|---|---|---|---|
| Wainwright, Aimee L | | | | | | CLAIMS REGISTER |
| | | | | | | EXHIBIT C Page 1 |

Claims Bar Date: 01/05/18    Government Bar Date: 02/26/18

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100 | 0.00 | 16,504.13 | 16,504.13 | 0.00 | 16,504.13 |
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2200 | 0.00 | 103.28 | 103.28 | 0.00 | 103.28 |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3110 | 0.00 | 19,500.00 | 19,500.00 | 0.00 | 19,500.00 |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3120 | 0.00 | 2,490.90 | 2,490.90 | 0.00 | 2,490.90 |
| | Kutchins, Robbins &<br>1101 Perimeter Dr., Suite760<br>Schaumburg, IL 60173 | 3410 | 0.00 | 2,703.00 | 2,703.00 | 0.00 | 2,703.00 |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **41,301.31** | **41,301.31** | **0.00** | **41,301.31** |
| | Crystal Lake Bank & Trust | 4110 | 0.00 | 8,750.00 | 8,750.00 | 8,750.00 | 0.00 |
| | Allowed secured claim per order 11/17/17 [dkt 34] | | | | | | |
| **SECURED TOTAL** | | | **0.00** | **8,750.00** | **8,750.00** | **8,750.00** | **0.00** |
| 00001 | Discover Bank Discover<br>PO Box 3025<br>New Albany, OH 43054<br>Filed: 10/16/17 | 7100 | 7,556.00 | 4,637.56 | 4,637.56 | 0.00 | 4,637.56 |
| 00002 | American Express Centurion<br>PO Box 3001<br>Malvern, PA 19355<br>Filed: 10/31/17 | 7100 | 7,091.00 | 7,091.01 | 7,091.01 | 0.00 | 7,091.01 |
| 00003 | Capital One, N.A. c/o Becket<br>PO Box 3001<br>Malvern, PA 19355<br>Filed: 10/31/17 | 7100 | 655.02 | 639.20 | 639.20 | 0.00 | 639.20 |

Case: 17-26070  
Wainwright, Aimee L

Elizabeth C Berg  
CLAIMS REGISTER  
EXHIBIT C Page 2

Claims Bar Date: 01/05/18   Government Bar Date: 02/26/18

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---:|---:|---:|---:|---:|
| 00004 | Mega Holdings of Indiana, 30 N La Salle St Ste 1402 Chicago, IL 60602 Filed: 12/13/17 | 7100 | 660,000.00 | 677,595.80 | 677,595.80 | 0.00 | 677,595.80 |
| 00005 | Quantum3 Group LLC as PO Box 788 Kirkland, WA 98083 Filed: 01/03/18 | 7100 | 0.00 | 124.28 | 124.28 | 0.00 | 124.28 |
| 00006 | Quantum3 Group LLC as PO Box 788 Kirkland, WA 98083 Filed: 01/03/18 | 7100 | 0.00 | 680.77 | 680.77 | 0.00 | 680.77 |
| 00007 | Quantum3 Group LLC as PO Box 788 Kirkland, WA 98083 Filed: 01/03/18 | 7100 | 0.00 | 770.51 | 770.51 | 0.00 | 770.51 |
| 00008 | Quantum3 Group LLC as PO Box 788 Kirkland, WA 98083 Filed: 01/03/18 | 7100 | 97.00 | 111.79 | 111.79 | 0.00 | 111.79 |
| 00009 | Portfolio Recovery PO Box 41067 Norfolk, VA 23541 Filed: 01/03/18 | 7100 | 3,065.48 | 3,065.48 | 3,065.48 | 0.00 | 3,065.48 |
| 00010 | Synchrony Bank c/o PRA PO Box 41021 Norfolk, VA 23541 Filed: 01/03/18 | 7100 | 0.00 | 1,813.87 | 1,813.87 | 0.00 | 1,813.87 |
| 00011 | Synchrony Bank c/o PRA PO Box 41021 Norfolk, VA 23541 Filed: 01/03/18 | 7100 | 0.00 | 234.15 | 234.15 | 0.00 | 234.15 |
| 00012 | Synchrony Bank c/o PRA PO Box 41021 Norfolk, VA 23541 Filed: 01/03/18 | 7100 | 0.00 | 99.00 | 99.00 | 0.00 | 99.00 |
| 00013 | Kevin O'Connor c/o Michael 3 W Hawthorn Pkwy Ste 370 Vernon Hills, IL 60061 Filed: 01/03/18 Claim amended 4/11/18 to assert reduced amount | 7100 | 0.00 | 3,750.00 | 3,750.00 | 0.00 | 3,750.00 |

| Case: | 17-26070 | | | | | Elizabeth C Berg |
|---|---|---|---|---|---|---|
| Wainwright, Aimee L | | | | | | CLAIMS REGISTER |
| | | | | | | EXHIBIT C Page 3 |

Claims Bar Date: 01/05/18   Government Bar Date: 02/26/18

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 00014 | Navient Solutions, LLC. on PO Box 9635 Wilkes Barre, PA 18773 Filed: 01/09/18 valid as timely filed: expiration of governmental bar date 2/26/18 | 7100 | 24,493.00 | 39,293.84 | 39,293.84 | 0.00 | 39,293.84 |
| **UNSECURED TOTAL** | | | **702,957.50** | **739,907.26** | **739,907.26** | **0.00** | **739,907.26** |
| | | | | | | | |
| **REPORT TOTALS** | | | **702,957.50** | **789,958.57** | **789,958.57** | **8,750.00** | **781,208.57** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   17-26070
Case Name: Wainwright, Aimee L

Trustee Name:   Elizabeth C Berg

Balance on Hand                                                                 $254,737.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | Crystal Lake Bank & Trust | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 0.00 |

Total to be paid to secured creditors                                           $ 0.00
Remaining Balance                                                               $ 254,737.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 16,504.13 | $ 0.00 | $ 16,504.13 |
| Trustee, Expenses: Elizabeth C. Berg, Trustee | $ 103.28 | $ 0.00 | $ 103.28 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd. | $ 19,500.00 | $ 0.00 | $ 19,500.00 |
| Attorney for Trustee, Expenses: Baldi Berg, Ltd. | $ 2,490.90 | $ 0.00 | $ 2,490.90 |
| Accountant for Trustee, Fees: Kutchins, Robbins & Diamond | $ 2,703.00 | $ 0.00 | $ 2,703.00 |

Total to be paid for chapter 7 administrative expenses                          $ 41,301.31
Remaining Balance                                                               $ 213,436.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $739,907.26 have been allowed and will be paid pro rata

UST Form 101-7-TFR (5/1/2011) Page 14

only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.8 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 00001 | Discover Bank Discover Products Inc | $ 4,637.56 | $ 0.00 | $ 1,337.77 |
| 00002 | American Express Centurion Bank c/o | $ 7,091.01 | $ 0.00 | $ 2,045.50 |
| 00003 | Capital One, N.A. c/o Becket and Lee | $ 639.20 | $ 0.00 | $ 184.39 |
| 00004 | Mega Holdings of Indiana, Inc. c/o | $ 677,595.80 | $ 0.00 | $ 195,461.60 |
| 00005 | Quantum3 Group LLC as agent for | $ 124.28 | $ 0.00 | $ 35.85 |
| 00006 | Quantum3 Group LLC as agent for | $ 680.77 | $ 0.00 | $ 196.38 |
| 00007 | Quantum3 Group LLC as agent for | $ 770.51 | $ 0.00 | $ 222.26 |
| 00008 | Quantum3 Group LLC as agent for | $ 111.79 | $ 0.00 | $ 32.25 |
| 00009 | Portfolio Recovery Associates, LLC | $ 3,065.48 | $ 0.00 | $ 884.28 |
| 00010 | Synchrony Bank c/o PRA Receivables | $ 1,813.87 | $ 0.00 | $ 523.24 |
| 00011 | Synchrony Bank c/o PRA Receivables | $ 234.15 | $ 0.00 | $ 67.54 |
| 00012 | Synchrony Bank c/o PRA Receivables | $ 99.00 | $ 0.00 | $ 28.56 |
| 00013 | Kevin O'Connor c/o Michael L. Ralph, | $ 3,750.00 | $ 0.00 | $ 1,081.73 |
| 00014 | Navient Solutions, LLC. on behalf of | $ 39,293.84 | $ 0.00 | $ 11,334.83 |

Total to be paid to timely general unsecured creditors    $ 213,436.18

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE