UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Wainwright, Aimee L § Case No. 17-26070
 §
Debtor(s) §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $12,000.00 (Without deducting any secured claims) | Assets Exempt: $52,548.21 |
| Total Distributions to Claimants: $222,186.18 | Claims Discharged Without Payment: $730,320.37 |
| Total Expenses of Administration: $42,896.36 | |

3) Total gross receipts of $265,082.54 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $265,082.54 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,210,000.00 | $8,750.00 | $8,750.00 | $8,750.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $42,896.36 | $42,896.36 | $42,896.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $906,806.79 | $739,907.26 | $739,907.26 | $213,436.18 |
| **TOTAL DISBURSEMENTS** | $4,116,806.79 | $791,553.62 | $791,553.62 | $265,082.54 |

4) This case was originally filed under chapter 7 on 08/30/2017. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    08/28/2018            By :    /s/ Elizabeth C Berg
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 1203 Chestnut Street, Rockford, IL 61102 | 1110-000 | $1,325.00 |
| 1722 Charles Street, Rockford, IL 61104 | 1110-000 | $1,325.00 |
| 4411 Nina Terrance, Rockford, IL 61101 | 1110-000 | $1,325.00 |
| 2412 Andrews Street, Rockford, IL 61101 | 1110-000 | $1,325.00 |
| 1591 Wynnfield Drive, Algonquin, IL 60102 | 1110-000 | $5,300.00 |
| 2900 Bridleway Court, Carpentersville, IL 60110 | 1110-000 | $18,550.00 |
| 1830 Fernwood Lane, Algonquin, IL 60102 | 1110-000 | $18,550.00 |
| 1426 Beachview Road, Pingree Grove, IL 60140 | 1110-000 | $18,550.00 |
| 1644 Heather Drive, Algonquin, IL 60102 | 1110-000 | $18,550.00 |
| 1010 Timberwood Lane, Algonquin, IL 60102 | 1110-000 | $9,275.00 |
| 1426 Grandview Court, Algonquin, IL | 1110-000 | $9,275.00 |
| 432 Wise Road, Schaumburg, IL 60193 | 1110-000 | $15,900.00 |
| 267 Rivers View Drive, Carpentersville, IL 60110 | 1110-000 | $13,250.00 |
| 150 E. Maple Avenue, Villa Park, IL 60181 | 1110-000 | $45,050.00 |
| 6423 West Hillside Road, Crystal Lake, IL 60012 | 1110-000 | $18,550.00 |
| 11609 E. Daniel Lane, Unit D, Huntley, IL 60142 | 1110-000 | $13,250.00 |
| 1100 Pioneer Road, Algonquin, IL 60102 | 1110-000 | $10,070.00 |
| 310 Locust Street, Lake in the Hills, IL 60156 | 1110-000 | $10,600.00 |
| 914 Central Avenue, Rockford, IL 61101 | 1110-000 | $265.00 |
| 2012 Price Street, Rockford, IL 61103 | 1110-000 | $5,035.00 |
| 1024 Irving Avenue, Rockford, IL 61101 | 1110-000 | $2,650.00 |
| 3208 Idlewood Terrance, Rockford, IL 61101 | 1110-000 | $3,710.00 |
| 1726 Broadway, Rockford, IL 61104 | 1110-000 | $795.00 |
| 1407 Andrews Street, Rockford, IL 61101 | 1110-000 | $1,325.00 |
| 2005 Porsche Cayenne | 1129-000 | $2,650.00 |
| 25 Cardinal Lane, Carpentersville, IL 60110 | 1210-000 | $13,250.00 |
| Crystal Lake Bank & Trust - Misc. Property Management Accounts | 1229-000 | $5,300.00 |
| Post-Petition Interest Deposits | 1270-000 | $82.54 |

UST Form 101-7-TDR (10/1/2010) (Page: 3)

| **TOTAL GROSS RECEIPTS** | **$265,082.54** |
|---|---|

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Crystal Lake Bank & Trust | 4110-000 | NA | $8,750.00 | $8,750.00 | $8,750.00 |
| 2.2 8 | Raymond James | | $60,000.00 | NA | NA | $0.00 |
| 2.2 9 | Raymond James | | $65,000.00 | NA | NA | $0.00 |
| | Algonquin Bank & Trust | | $167,000.00 | NA | NA | $0.00 |
| | Alice Wainwright | | $95,000.00 | NA | NA | $0.00 |
| | Alice Wainwright | | $150,000.00 | NA | NA | $0.00 |
| | Alice Wainwright | | $100,000.00 | NA | NA | $0.00 |
| | Alice Wainwright | | $172,000.00 | NA | NA | $0.00 |
| | Alice Wainwright | | $150,000.00 | NA | NA | $0.00 |
| | Alice Wainwright | | $150,000.00 | NA | NA | $0.00 |
| | Alice Wainwright | | $130,000.00 | NA | NA | $0.00 |
| | Alice Wainwright | | $250,000.00 | NA | NA | $0.00 |
| 2.1 0 | Alice Wainwright | | $200,000.00 | NA | NA | $0.00 |
| 2.1 1 | Alice Wainwright | | $175,000.00 | NA | NA | $0.00 |
| 2.1 2 | Alice Wainwright | | $160,000.00 | NA | NA | $0.00 |
| 2.1 3 | Alice Wainwright | | $150,000.00 | NA | NA | $0.00 |
| 2.1 4 | Alice Wainwright | | $35,000.00 | NA | NA | $0.00 |
| 2.1 5 | Alice Wainwright | | $75,000.00 | NA | NA | $0.00 |
| 2.1 6 | Alice Wainwright | | $70,000.00 | NA | NA | $0.00 |
| 2.1 7 | Alice Wainwright | | $70,000.00 | NA | NA | $0.00 |
| 2.1 8 | Alice Wainwright | | $30,000.00 | NA | NA | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2.1 9 | Alice Wainwright | | $50,000.00 | NA | NA | $0.00 |
| 2.2 0 | Alice Wainwright | | $35,000.00 | NA | NA | $0.00 |
| 2.2 1 | Alice Wainwright | | $35,000.00 | NA | NA | $0.00 |
| 2.2 2 | Alice Wainwright | | $35,000.00 | NA | NA | $0.00 |
| 2.2 3 | City of Rockford | | $75,000.00 | NA | NA | $0.00 |
| 2.2 4 | Crystal Lake Bank & Trust | | $186,000.00 | NA | NA | $0.00 |
| 2.2 5 | Crystal Lake Bank & Trust | | $60,000.00 | NA | NA | $0.00 |
| 2.2 6 | Crystal Lake Bank & Trust | | $140,000.00 | NA | NA | $0.00 |
| 2.2 7 | Crystal Lake Bank & Trust | | $140,000.00 | NA | NA | $0.00 |
| **TOTAL SECURED** | | | $3,210,000.00 | $8,750.00 | $8,750.00 | $8,750.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd. | 3120-000 | NA | $2,490.90 | $2,490.90 | $2,490.90 |
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $16,504.13 | $16,504.13 | $16,504.13 |
| Baldi Berg, Ltd. | 3110-000 | NA | $19,500.00 | $19,500.00 | $19,500.00 |
| Kutchins, Robbins & Diamond | 3410-000 | NA | $2,703.00 | $2,703.00 | $2,703.00 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $103.28 | $103.28 | $103.28 |
| International Sureties, Ltd. | 2300-000 | NA | $125.10 | $125.10 | $125.10 |
| Texas Capital Bank | 2600-000 | NA | $1,469.95 | $1,469.95 | $1,469.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $42,896.36 | $42,896.36 | $42,896.36 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00014 | Navient Solutions, LLC. on behalf | 7100-000 | $24,493.00 | $39,293.84 | $39,293.84 | $11,334.83 |
| 00013 | Kevin O'Connor c/o Michael L. | 7100-000 | NA | $3,750.00 | $3,750.00 | $1,081.73 |
| 00012 | Synchrony Bank c/o PRA | 7100-000 | NA | $99.00 | $99.00 | $28.56 |
| 00011 | Synchrony Bank c/o PRA | 7100-000 | NA | $234.15 | $234.15 | $67.54 |
| 00010 | Synchrony Bank c/o PRA | 7100-000 | NA | $1,813.87 | $1,813.87 | $523.24 |
| 00009 | Portfolio Recovery Associates, | 7100-000 | $3,065.48 | $3,065.48 | $3,065.48 | $884.28 |
| 00008 | Quantum3 Group LLC as agent | 7100-000 | $97.00 | $111.79 | $111.79 | $32.25 |
| 00007 | Quantum3 Group LLC as agent | 7100-000 | NA | $770.51 | $770.51 | $222.26 |
| 00006 | Quantum3 Group LLC as agent | 7100-000 | NA | $680.77 | $680.77 | $196.38 |
| 00005 | Quantum3 Group LLC as agent | 7100-000 | NA | $124.28 | $124.28 | $35.85 |
| 00004 | Mega Holdings of Indiana, Inc. | 7100-000 | $660,000.00 | $677,595.80 | $677,595.80 | $195,461.60 |
| 00003 | Capital One, N.A. c/o Becket and | 7100-000 | $655.02 | $639.20 | $639.20 | $184.39 |
| 00002 | American Express Centurion | 7100-000 | $7,091.00 | $7,091.01 | $7,091.01 | $2,045.50 |
| 00001 | Discover Bank Discover Products | 7100-000 | $7,556.00 | $4,637.56 | $4,637.56 | $1,337.77 |
| | Accord Creditor Services, LLC | | $542.22 | NA | NA | $0.00 |
| | Allied Waste Services | | $1,196.02 | NA | NA | $0.00 |
| | American Honda Financial | | $7,790.00 | NA | NA | $0.00 |
| | BMO Harris | | $18,215.00 | NA | NA | $0.00 |
| | Chase - National Payment | | $304.41 | NA | NA | $0.00 |
| | Chase Card | | $32,353.00 | NA | NA | $0.00 |
| | Chase Card | | $30,814.00 | NA | NA | $0.00 |
| | Citicards CBNA | | $1,141.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citicards CBNA | | $25.00 | NA | NA | $0.00 |
| | Department of Water Works | | $513.51 | NA | NA | $0.00 |
| | Dept of Education / Navient | | $13,568.00 | NA | NA | $0.00 |
| | Discover Financial | | $377.00 | NA | NA | $0.00 |
| | Discover Financial | | $10,500.00 | NA | NA | $0.00 |
| | Fifth Third Bank | | $14,070.69 | NA | NA | $0.00 |
| | Fifth Third Bank | | $14,070.69 | NA | NA | $0.00 |
| | Ford Motor Credit | | $870.00 | NA | NA | $0.00 |
| | LTD Financial Services, L.P. | | $8,055.57 | NA | NA | $0.00 |
| | Nissan Motor Acceptance | | $8,319.00 | NA | NA | $0.00 |
| | Nordstrom Signature Visa | | $10,284.00 | NA | NA | $0.00 |
| | Portfolio Recovery Assoc. | | $3,065.00 | NA | NA | $0.00 |
| | Sergios Auto Body | | $25,000.00 | NA | NA | $0.00 |
| | Synchrony Bank / TJX | | $22.00 | NA | NA | $0.00 |
| | Target | | $1,376.59 | NA | NA | $0.00 |
| | Target Card Services | | $1,376.59 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $906,806.79 | $739,907.26 | $739,907.26 | $213,436.18 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 17-26070  Judge: Janet S. Baer  Trustee Name: Elizabeth C Berg
Case Name: Wainwright, Aimee L  Date Filed (f) or Converted (c): 08/30/2017 (f)
341(a) Meeting Date: 09/25/2017
For Period Ending: 08/28/2018  Claims Bar Date: 01/05/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 1591 Wynnfield Drive, Algonquin, IL 60102 | 190,000.00 | 30,000.00 | | 5,300.00 | FA |
| 2. 2900 Bridleway Court, Carpentersville, IL 60110 | 150,000.00 | 40,000.00 | | 18,550.00 | FA |
| 3. 1830 Fernwood Lane, Algonquin, IL 60102 | 0.00 | 75,000.00 | | 18,550.00 | FA |
| 4. 1426 Beachview Road, Pingree Grove, IL 60140 | 170,000.00 | 56,000.00 | | 18,550.00 | FA |
| 5. 1644 Heather Drive, Algonquin, IL 60102 | 100,000.00 | 40,000.00 | | 18,550.00 | FA |
| 6. 1010 Timberwood Lane, Algonquin, IL 60102 | 155,000.00 | 39,000.00 | | 9,275.00 | FA |
| 7. 1426 Grandview Court, Algonquin, IL | 95,000.00 | 26,000.00 | | 9,275.00 | FA |
| 8. 432 Wise Road, Schaumburg, IL 60193 | 95,000.00 | 30,000.00 | | 15,900.00 | FA |
| 9. 267 Rivers View Drive, Carpentersville, IL 60110 | 65,000.00 | 53,000.00 | | 13,250.00 | FA |
| 10. 150 E. Maple Avenue, Villa Park, IL 60181 | 170,000.00 | 72,000.00 | | 45,050.00 | FA |
| 11. 6423 West Hillside Road, Crystal Lake, IL 60012 | 150,000.00 | 67,500.00 | | 18,550.00 | FA |
| 12. 11609 E. Daniel Lane, Unit D, Huntley, IL 60142 | 100,000.00 | 40,500.00 | | 13,250.00 | FA |
| 13. 1100 Pioneer Road, Algonquin, IL 60102 | 153,000.00 | 33,000.00 | | 10,070.00 | FA |
| 14. 310 Locust Street, Lake in the Hills, IL 60156 | 136,000.00 | 40,500.00 | | 10,600.00 | FA |
| 15. 914 Central Avenue, Rockford, IL 61101 | 5,000.00 | 0.00 | | 265.00 | FA |
| 16. 2012 Price Street, Rockford, IL 61103 | 25,000.00 | 24,750.00 | | 5,035.00 | FA |
| 17. 1024 Irving Avenue, Rockford, IL 61101 | 25,000.00 | 0.00 | | 2,650.00 | FA |
| 18. 3208 Idlewood Terrance, Rockford, IL 61101 | 36,000.00 | 0.00 | | 3,710.00 | FA |
| 19. 1726 Broadway, Rockford, IL 61104 | 5,000.00 | 0.00 | | 795.00 | FA |
| 20. 613 Bruce Street, Rockford, IL 61103 | 12,000.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: 17-26070 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Wainwright, Aimee L | | Date Filed (f) or Converted (c): 08/30/2017 (f) |
| | | 341(a) Meeting Date: 09/25/2017 |
| For Period Ending: 08/28/2018 | | Claims Bar Date: 01/05/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 21. | 1203 Chestnut Street, Rockford, IL 61102 | 0.00 | 0.00 | | 1,325.00 | FA |
| 22. | 1407 Andrews Street, Rockford, IL 61101 | 14,000.00 | 0.00 | | 1,325.00 | FA |
| 23. | 1722 Charles Street, Rockford, IL 61104 | 18,000.00 | 0.00 | | 1,325.00 | FA |
| 24. | 4411 Nina Terrance, Rockford, IL 61101 | 14,000.00 | 0.00 | | 1,325.00 | FA |
| 25. | 2412 Andrews Street, Rockford, IL 61101 | 17,000.00 | 0.00 | | 1,325.00 | FA |
| 26. | 25 Cardinal Lane, Carpentersville, IL 60110 (u) | 0.00 | 58,500.00 | | 13,250.00 | FA |
| 27. | 2005 Porsche Cayenne | 3,890.00 | 3,890.00 | | 2,650.00 | FA |
| 28. | Household goods and furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 29. | Clothes | 300.00 | 0.00 | | 0.00 | FA |
| 30. | Cash | 1.13 | 0.00 | | 0.00 | FA |
| 31. | Checking Chase Bank | 497.00 | 0.00 | | 0.00 | FA |
| 32. | Saving Chase Bank | 0.08 | 0.00 | | 0.00 | FA |
| 33. | Raymond James Account | Unknown | 0.00 | | 0.00 | FA |
| 34. | Raymond James | Unknown | 0.00 | | 0.00 | FA |
| 35. | 401(k) Raymond James Retirement Plan | 45,000.00 | 0.00 | | 0.00 | FA |
| 36. | Bright - Ashley | 1,800.00 | 0.00 | | 0.00 | FA |
| 37. | Bright - Natalie | 1,800.00 | 0.00 | | 0.00 | FA |
| 38. | Crystal Lake Bank & Trust - Misc. Property Management Accounts (u) | 0.00 | 7,000.00 | | 5,300.00 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | Unknown | | 82.54 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 17-26070 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Wainwright, Aimee L | | Date Filed (f) or Converted (c): 08/30/2017 (f) |
| | | 341(a) Meeting Date: 09/25/2017 |
| For Period Ending: 08/28/2018 | | Claims Bar Date: 01/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 1,953,788.21 | 736,640.00 | | 265,082.54 | 0.00 |

Re Prop. #1   Sold per order 11/17/17 [dt 34]
Re Prop. #2   Sold per order 11/17/17 [dt 34]
Re Prop. #3   Sold per order 11/17/17 [dt 34]
Re Prop. #4   Sold per order 11/17/17 [dt 34]
Re Prop. #5   Sold per order 11/17/17 [dt 34]
Re Prop. #6   Sold per order 11/17/17 [dt 34]
Re Prop. #7   Sold per order 11/17/17 [dt 34]
Re Prop. #8   Sold per order 11/17/17 [dt 34]
Re Prop. #9   Sold per order 11/17/17 [dt 34]
Re Prop. #10   Sold per order 11/17/17 [dt 34]
Re Prop. #11   Sold per order 11/17/17 [dt 34]
Re Prop. #12   Sold per order 11/17/17 [dt 34]
Re Prop. #13   Sold per order 11/17/17 [dt 34]
Re Prop. #14   Sold per order 11/17/17 [dt 34]
Re Prop. #15   Sold per order 11/17/17 [dt 34]
Re Prop. #16   Sold per order 11/17/17 [dt 34]
Re Prop. #17   Sold per order 11/17/17 [dt 34]
Re Prop. #18   Sold per order 11/17/17 [dt 34]
Re Prop. #19   Sold per order 11/17/17 [dt 34]
Re Prop. #20   Sold per order 11/17/17 [dt 34]
Pending Notice of Demolition from City of Rockford - no allocation of sale proceeds
Re Prop. #21   Sold per order 11/17/17 [dt 34]
Re Prop. #22   Sold per order 11/17/17 [dt 34]
Re Prop. #23   Sold per order 11/17/17 [dt 34]
Re Prop. #24   Sold per order 11/17/17 [dt 34]
Re Prop. #25   Sold per order 11/17/17 [dt 34]
Re Prop. #26   Sold per order 11/17/17 [dt 34]
Re Prop. #27   Sold per order 11/17/17 [dt 34]

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 17-26070 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Wainwright, Aimee L | | Date Filed (f) or Converted (c): 08/30/2017 (f) |
| | | 341(a) Meeting Date: 09/25/2017 |
| For Period Ending: 08/28/2018 | | Claims Bar Date: 01/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Re Prop. #38   Sold per order 11/17/17 [dt 34]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

05-01-18  Pursuant to this Court's order dated 11/17/17 [dkt 34], Trustee was authorized to sell the Estate's interest in 26 parcels of real property, a 2005 Porsche and the proceeds of a several bank accounts at Crystal Lake Bank & Trust (the "Sale Assets").  Trustee collected the Sale Proceeds.  Thereafter, Trustee prepared and executed all documents necessary to transfer the Estate's interest in the Sale Assets to Alice Wainwright and filed her Trustee's Report of Sale [dkt 48].  After the expiration of the claims bar date, Trustee reviewed, analyzed and verified the validity of the claims asserted.  Trustee oversaw the preparation and filing of Estate tax returns.  Trustee prepared her TFR.

09-30-17 Debtor filed case holding bare legal title, either in full or in part, to  26 parcels of improved real estate previously transferred to Debtor by her mother for estate planning purposes.  Although properties had substantial equity, some if not all of them were subject to interest of co-owners, mortgagees and  mother's defenses for equitable contribution.  TR negotiated sale of Estate's interest in properties back to mother Debtor's mother for lump sum purchase price of $265,000.00 ("Sale Proceeds"), subject to all existing liens and claims.

| | | |
|---|---|---|
| **Initial Projected Date of Final Report(TFR) :** 09/30/2018 | **Current Projected Date of Final Report(TFR) :** 06/01/2018 | |
| | | |
| **Trustee's Signature** | /s/Elizabeth C Berg | **Date:** 08/28/2018 |
| | Elizabeth C Berg | |
| | 20 N. Clark St., Suite 200 | |
| | Chicago, IL 60602 | |
| | Phone : (312) 726-8150 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No:** 17-26070 | **Trustee Name:** Elizabeth C Berg |
| **Case Name:** Wainwright, Aimee L | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******5351 Checking Account |
| **Taxpayer ID No:** **-***0277 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 8/28/2018 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/28/2017 | | Alice M. Wainwright<br>1330 Wynnfield Dr<br>Algonquin, IL 60102 | Sale Proceeds of Estate's interest in 26 Parcels of Real Estate, 2005 Porsche Cayenne & Multiple Unscheduled Property Management Accounts at CLBT per order 11/17/17 [Dkt No. 34] | | 265,000.00 | | 265,000.00 |
| | [1] | | 1591 Wynnfield Dr., Algonquin, IL　　　　5,300.00 | 1110-000 | | | |
| | [2] | | 2900 Bridleway Ct., Carpentersville, IL　　　18,550.00 | 1110-000 | | | |
| | [3] | | 1830 Fernwood Ln., Algonquin, IL　　　18,550.00 | 1110-000 | | | |
| | [4] | | 1426 Beachview Rd., Pingree Grove, IL　　　18,550.00 | 1110-000 | | | |
| | [5] | | 1644 Heather Dr., Algonquin, IL　　　18,550.00 | 1110-000 | | | |
| | [6] | | 1010 Timberwood Ln., Algonquin, IL　　　9,275.00 | 1110-000 | | | |
| | [7] | | 1426 Grandview Ct., Algonquin, IL　　　9,275.00 | 1110-000 | | | |
| | [8] | | 432 Wise Rd., Schaumburg, IL　　　15,900.00 | 1110-000 | | | |
| | [9] | | 267 Rivers View Dr., Carpentersville, IL　　　13,250.00 | 1110-000 | | | |
| | [10] | | 150 E. Maple Ave., Villa Park, IL　　　45,050.00 | 1110-000 | | | |
| | [11] | | 6423 West Hillside Rd., Crystal Lake, IL　　　18,550.00 | 1110-000 | | | |
| | [12] | | 11609 E. Daniel Ln., Unit D, Huntley, IL　　　13,250.00 | 1110-000 | | | |
| | [13] | | 1100 Pioneer Rd., Algonquin, IL　　　10,070.00 | 1110-000 | | | |
| | | | Page Subtotals | | 265,000.00 | 0.00 | |

| Case No: | 17-26070 | | | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|---|
| Case Name: | Wainwright, Aimee L | | | | Bank Name: | Texas Capital Bank |
| | | | | | Account Number/CD#: | ******5351 Checking Account |
| Taxpayer ID No: | **-***0277 | | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 8/28/2018 | | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | [14] | | 310 Locust St., Lake in the Hills, IL | 10,600.00 | 1110-000 | | |
| | [15] | | 914 Central Ave., Rockford, IL | 265.00 | 1110-000 | | |
| | [16] | | 2012 Price St., Rockford, IL | 5,035.00 | 1110-000 | | |
| | [17] | | 1024 Irving Ave., Rockford, IL | 2,650.00 | 1110-000 | | |
| | [18] | | 3208 Idlewood Terr., Rockford, IL | 3,710.00 | 1110-000 | | |
| | [19] | | 1726 Broadway, Rockford, IL | 795.00 | 1110-000 | | |
| | [21] | | 1203 Chestnut St., Rockford, IL | 1,325.00 | 1110-000 | | |
| | [22] | | 1407 Andrews St., Rockford, IL | 1,325.00 | 1110-000 | | |
| | [23] | | 1722 Charles St., Rockford, IL | 1,325.00 | 1110-000 | | |
| | [24] | | 4411 Nina Terr., Rockford, IL | 1,325.00 | 1110-000 | | |
| | [25] | | 2412 Andrews St., Rockford, IL | 1,325.00 | 1110-000 | | |
| | [27] | | 2005 Porsche Cayenne | 2,650.00 | 1129-000 | | |
| | [26] | | 25 Cardinal Ln., Carpentersville, IL | 13,250.00 | 1210-000 | | |
| | [38] | | CLB&T Misc. Property Management Accounts | 5,300.00 | 1229-000 | | |
| 11/30/2017 | 51001 | Crystal Lake Bank and Trust Company 70 N. Williams Street Crystal Lake, IL 60014-4444 | Allowed Secured Claim Against Estate Per Court Order Dated 11/17/17 [Dkt. No. 34] | 4110-000 | | 8,750.00 | 256,250.00 |
| | | | | Page Subtotals | 265,000.00 | 8,750.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-26070
Case Name: Wainwright, Aimee L
Taxpayer ID No: **-***0277
For Period Ending: 8/28/2018

Trustee Name: Elizabeth C Berg
Bank Name: Texas Capital Bank
Account Number/CD#: ******5351 Checking Account
Blanket bond (per case limit): 5,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 37.03 | 256,212.97 |
| 01/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 361.95 | 255,851.02 |
| 01/31/2018 | [INT] | Texas Capital Bank | Interest from Bank | 1270-000 | 20.33 | | 255,871.35 |
| 02/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 357.52 | 255,513.83 |
| 02/12/2018 | 51002 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 125.10 | 255,388.73 |
| 02/28/2018 | [INT] | Texas Capital Bank | Interest from Bank | 1270-000 | 19.60 | | 255,408.33 |
| 03/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 357.01 | 255,051.32 |
| | | | Page Subtotals | | 39.93 | 1,238.61 | |

UST Form 101-7-TDR (10/1/2010) (Page 14)

Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-26070 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Wainwright, Aimee L | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5351 Checking Account |
| Taxpayer ID No: | **-***0277 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 8/28/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/30/2018 | [INT] | Texas Capital Bank | Interest from Bank | 1270-000 | 21.67 | | 255,072.99 |
| 04/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 356.44 | 254,716.55 |
| 04/30/2018 | [INT] | Texas Capital Bank | Interest Earned | 1270-000 | 20.94 | | 254,737.49 |
| 07/09/2018 | 51003 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Final Compensation | 2100-000 | | 16,504.13 | 238,233.36 |
| 07/09/2018 | 51004 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | | 2200-000 | | 103.28 | 238,130.08 |
| 07/09/2018 | 51005 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | | 3110-000 | | 19,500.00 | 218,630.08 |
| 07/09/2018 | 51006 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | | 3120-000 | | 2,490.90 | 216,139.18 |
| | | | | Page Subtotals | 42.61 | 38,954.75 | |

| Case No: | 17-26070 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | Wainwright, Aimee L | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5351 Checking Account |
| Taxpayer ID No: | **-***0277 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 8/28/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/09/2018 | 51007 | Kutchins, Robbins & Diamond<br>1101 Perimeter Dr., Suite760<br>Schaumburg, IL 60173 | | 3410-000 | | 2,703.00 | 213,436.18 |
| 07/09/2018 | 51008 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Disb of 28.85% to Claim #00001 | 7100-000 | | 1,337.77 | 212,098.41 |
| 07/09/2018 | 51009 | American Express Centurion Bank c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Disb of 28.85% to Claim #00002 | 7100-000 | | 2,045.50 | 210,052.91 |
| 07/09/2018 | 51010 | Capital One, N.A. c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Disb of 28.85% to Claim #00003 | 7100-000 | | 184.39 | 209,868.52 |
| 07/09/2018 | 51011 | Mega Holdings of Indiana, Inc. c/o Brotschul Potts LLC<br>30 N La Salle St Ste 1402<br>Chicago, IL 60602 | Disb of 28.85% to Claim #00004 | 7100-000 | | 195,461.60 | 14,406.92 |
| 07/09/2018 | 51012 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | Disb of 28.85% to Claim #00005 | 7100-000 | | 35.85 | 14,371.07 |
| | | | | Page Subtotals | 0.00 | 201,768.11 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-26070 | | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Wainwright, Aimee L | | | Bank Name: | Texas Capital Bank |
| | | | | Account Number/CD#: | ******5351 Checking Account |
| Taxpayer ID No: | **-***0277 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 8/28/2018 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/09/2018 | 51013 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | Disb of 28.85% to Claim #00006 | 7100-000 | | 196.38 | 14,174.69 |
| 07/09/2018 | 51014 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | Disb of 28.85% to Claim #00007 | 7100-000 | | 222.26 | 13,952.43 |
| 07/09/2018 | 51015 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | Disb of 28.85% to Claim #00008 | 7100-000 | | 32.25 | 13,920.18 |
| 07/09/2018 | 51016 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (AMAZON.COM STORE CARD)<br>PO Box 41067<br>Norfolk, VA 23541 | Disb of 28.85% to Claim #00009 | 7100-000 | | 884.28 | 13,035.90 |
| 07/09/2018 | 51017 | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Disb of 28.85% to Claim #00010 | 7100-000 | | 523.24 | 12,512.66 |
| | | | | Page Subtotals | 0.00 | 1,858.41 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-26070 | | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- | --- |
| Case Name: | Wainwright, Aimee L | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5351 Checking Account |
| Taxpayer ID No: | **-***0277 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 8/28/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/09/2018 | 51018 | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Disb of 28.84% to Claim #00011 | 7100-000 | | 67.54 | 12,445.12 |
| 07/09/2018 | 51019 | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Disb of 28.85% to Claim #00012 | 7100-000 | | 28.56 | 12,416.56 |
| 07/09/2018 | 51020 | Kevin O'Connor c/o Michael L. Ralph, Sr.<br>Ralph, Schwab & Schiever, Chartered<br>3 W Hawthorn Pkwy Ste 370<br>Vernon Hills, IL 60061 | Disb of 28.85% to Claim #00013<br>7390.00 | 7100-000 | | 1,081.73 | 11,334.83 |
| 07/09/2018 | 51021 | Navient Solutions, LLC. on behalf of Department of Education Loan Services<br>PO Box 9635<br>Wilkes Barre, PA 18773 | Disb of 28.85% to Claim #00014 | 7100-000 | | 11,334.83 | 0.00 |

| | | | Page Subtotals | | 0.00 | 12,512.66 |
| --- | --- | --- | --- | --- | --- | --- |

| | **COLUMN TOTALS** | 265,082.54 | 265,082.54 |
| --- | --- | --- | --- |
| | Less:Bank Transfer/CD's | 0.00 | 0.00 |
| | **SUBTOTALS** | 265,082.54 | 265,082.54 |
| | Less: Payments to Debtors | | 0.00 |
| | **Net** | 265,082.54 | 265,082.54 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 17-26070 |
| Case Name: | Wainwright, Aimee L |
| Taxpayer ID No: | **-***0277 |
| For Period Ending: | 8/28/2018 |

| | |
|---|---|
| Trustee Name: | Elizabeth C Berg |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******5351 Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 265,082.54 | |
| All Accounts Gross Disbursements: | 265,082.54 | |
| All Accounts Net: | 0.00 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5351 Checking Account | 265,082.54 | 265,082.54 | |
| **Net Totals** | 265,082.54 | 265,082.54 | 0.00 |